United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-3126MN

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the District of |
| v. | * | Minnesota. |
| | * | |
| Isaac Mathieu, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: February 11, 1997
Filed: August 13, 1997

_____

Before McMILLIAN, HEANEY, and FAGG, Circuit Judges.

_____

PER CURIAM.

Isaac Mathieu appeals his drug-related convictions. On appeal, Mathieu contends the district court improperly refused to suppress evidence taken from his person and his incriminating statement because the police lacked probable cause to arrest him. Also, notwithstanding Mathieu's acquittal on a drug-related charge based on evidence seized from his friend's residence, Mathieu contends he has standing to challenge the search and, alternately, that his friend's consent was not voluntary. Finally, Mathieu contends the government produced insufficient evidence to support the jury's convictions.

Discussion of Mathieu's fact-specific arguments would serve no useful purpose because the record contains ample evidence to support the challenged decisions, the controlling law is clear, and even if the police lacked probable cause to arrest Mathieu, we would not disturb his convictions. Having carefully considered Mathieu's contentions and finding them to be without merit, we affirm his convictions. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.